# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

—————————————————

Case No. 5D23-3207
LT Case No. 2023-11384-FMDL

—————————————————

MARC TAIT,

    Appellant,

    v.

TIMOTHY DUCHESNEAU,

    Appellee.

—————————————————

On appeal from the Circuit Court for Volusia County.
Matthew M. Foxman, Judge.

Marc Tait, DeLand, pro se.

No Appearance for Appellee.

April 9, 2024

PER CURIAM.

    AFFIRMED. *See* Fla. R. App. P. 9.315(a); *Applegate v. Barnett Bank of Tallahassee*, 377 So. 2d 1150 (Fla. 1979).

EDWARDS, C.J., and MAKAR and KILBANE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____